UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Frank Mattioli

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-Mag-11651

Defendant ~~Philip Santiago~~ *Frank Mattioli* hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

S/ Frank Mattioli /oral
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant) OTW

Frank Mattioli
Print Defendant's Name

/s/ Mark J. Stein
Defendant's Counsel's Signature

Mark J. Stein
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

29 Oct 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

SDNY CJA 23 (Rev. 1/12)

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: United States v. Mattioli
20-Mag-11651

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Frank Mattioli

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge:
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box→): Narcotics Conspiracy - 21 USC 846
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment? 2014
- How much did you earn per month? $5,000/month
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

RECEIVED / SOURCES
- $1,900/month — Disability
- $360/month — Disability (for children)

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount $
- $20.00 - savings
- $100.00 - checking
- $50,000.00 - expected pension (Port Authority)
- $60,000.00 - expected pension (Staten Island University Hospital)

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, give value and description for each:
VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
- ___ Single
- ___ Married
- ___ Widowed
- X Separated or Divorced

Total No. of Dependents: 2

List persons you actually support and your relationship to them: Two children, ages 13 and 9

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Cell phone - $120/month | $ | $ |
| Groceries - $100/month | $ | $ |
| Child care - $500/month | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Frank Mattioli
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 10/29/2020

/s/ Mark J. Stein
FD/CJA/RET. ATTORNEY (PRINT)

ASSISTANT UNITED STATES ATTORNEY (PRINT)

☒ APPROVED ☐ DENIED

SIGNATURE OF JUDICIAL OFFICER
Date: 29 Oct 20