## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
**United States District Court**
**Southern District of New York**

Mag. Dkt. No.                                                                                          Date

    USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

    Complaint            Removal Proceedings in

*United States v.*

The Complaint/Rule 40 Affidavit was filed on

    *U.S. Marshals please withdraw warrant*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE:

*[signature]*
JAMES L. COTT
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE